# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 13-64148MP |
| | Citizenship: INDIA |
| Narinder Pal Singh | DOA: 06/20/2013 |
| YOB: 1994 | |

    I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
That on or about June 20, 2013, near San Luis, Arizona in the District of Arizona, Defendant Narinder Pal SINGH, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

    The Defendant, a citizen of India and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona. The citizenship and immigration status of the Defendant was questioned. Agents determined that the Defendant is an undocumented National of India and illegally in the United States. The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant. The Defendant last entered the United States illegally without inspection near San Luis, Arizona on June 20, 2013. The Defendant is being presented for prosecution proceedings under Operation Streamline. The Defendant entered the United States from Mexico through a designated zero tolerance zone.

File Date: 06/21/2013                                                                                at Yuma, Arizona


                                                                                                                     Rebecca Jadin, Border Patrol Agent

Sworn to before me and subscribed in my presence,


Date signed: 06/21/2013


                                                                                                                     **John A. Buttrick**
                                                                                                                     **United States Magistrate Judge**


FBI Number: 910151VD3

Magistrate Information Sheet

Complaint: Narinder Pal Singh

Criminal History: None

Immigration History: None